UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HEUVEL, | Case No. 2:23-cv-01076-KJM-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| EXPEDIA, | |
| Defendant. | |

On December 8, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections on December 28, 2023, and they were considered by the undersigned.  *See* Obj., ECF No. 4.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, ECF No. 3, are adopted;
2. Plaintiff's complaint, ECF No. 1, is dismissed without leave to amend; and
3. The Clerk of Court is directed to close this matter.

DATED:  August 16, 2024.

CHIEF UNITED STATES DISTRICT JUDGE